UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINGBO YONGLIN LIGHT INDUSTRY CO., LTD., a Chinese corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WHAM-O, INC., a California corporation; DOES 1-10 (fictitious individuals), inclusive; DOES 11-20 (fictitious corporations), inclusive,<br><br>Defendants. | Case No.: C09-01946 MMC<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY ANDREW L. INDECK *PRO HAC VICE***<br><br>Action filed: May 3, 2009 |

Andrew L. Indeck, whose business address and telephone number is SCARINCI HOLLENBECK, 1100 Valley Brook Avenue, Lyndhurst, New Jersey 07071-0790, telephone number (201) 896-4100 and who is an active member in good standing of the bar of New Jersey, having applied in the above-entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis, representing Plaintiff NINGBO YONGLIN LIGHT INDUSTRY CO., LTD.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. *45, Electronic Case Filing.*

Dated: May 14, 2009

Honorable Maxine M. Chesney

ND: 4841-6258-2275, v. 1

1

(PROPOSED) ORDER GRANTING APPLICATIN FOR ADMISSION OF ATTORNEY ANDREW L. INDECK *PRO HAC VICE*