UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINGBO YONGLIN LIGHT INDUSTRY CO., LTD., a Chinese corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>WHAM-O, INC., a California corporation; DOES 1-10 (fictitious individuals), inclusive; DOES 11-20 (fictitious corporations), inclusive,<br><br>        Defendants. | Case No.: C09-01946 MMC<br><br>~~(Proposed)~~<br>**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY JOHN DU *PRO HAC VICE***<br><br>Action filed: May 3, 2009 |

John Du, whose business address and telephone number is Jun He Law Offices, LLC, 36 W. 44th Street, Suite 914, New York, New York 10036, telephone number (212) 703-8702 and who is an active member in good standing of the bar of New York, having applied in the above-entitled action for admission to practice in the Northern District of California on *a pro hac vice* basis, representing Plaintiff NINGBO YONGLIN LIGHT INDUSTRY CO., LTD.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. *45, Electronic Case Filing*.

Dated: May 14, 2009

_____
Honorable Maxine M. Chesney

ND: 4847-6649-6515, v. 1

1