Robert A. Weikert, State Bar No. 121146
  rweikert@nixonpeabody.com
John A. Chatowski, State Bar No. 174471
  jchatowski@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, Suite 1800
San Francisco, CA 94111
Telephone:  (415) 984-8200
Facsimile:  (415) 984-8300

Attorneys for Defendant
WHAM-O, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

| | |
|---|---|
| NINGBO YONGLIN LIGHT INDUSTRY CO., LTD., a Chinese corporation,<br><br>             Plaintiff,<br><br>v.<br><br>WHAM-O, INC., a California corporation; DOES 1-10 (fictitious individuals), inclusive; DOES 11-20 (fictitious corporations), inclusive,<br><br>             Defendants. | Case No.:  C09-01946 MMC<br><br>[PROPOSED] ORDER GRANTING IN PART WHAM-O, INC.'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Judge:  Hon. Maxine M. Chesney<br><br>[N.D. Cal. Local Rule 6-3] |

---
[PROPOSED] ORDER GRANTING  WHAM-O, INC.'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT, C09-01946 MMC

1   On June 2, 2009, Defendant Wham-O, Inc. ("Wham-O" or "Defendant") filed its Motion
2   to Extend Time to Respond to Complaint pursuant to Northern District of California Local Rule 6-
3   3.  After considering Wham-O's motion and ~~any~~ the opposition of Plaintiff Ningbo Yonglin Light
4   Industry Co., Ltd., and good cause appearing~~, the Court hereby GRANTS Wham-O's Motion and~~
5    for a limited extension, the Court hereby GRANTS Wham-O's Motion in part, and
6   orders that Wham-O's first responsive pleading is due by no later than June 19, 2009.
7       IT IS SO ORDERED.

9   Dated:  June 10  , 2009          _____
                                      The Honorable Maxine M. Chesney
10                                    United States District Court Judge

11   #12577732

-1-
[PROPOSED] ORDER GRANTING WHAM-O, INC.'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT, C09-01946 MMC