1  Paul D. Nelson (SBN 62258)
   Allegra A. Jones (SBN 236518)
2  **DUANE MORRIS LLP**
   One Market, Spear Tower, Suite 2000
3  San Francisco, CA 94105-1104
   Telephone: 415.957.3000
4  Facsimile: 415.957.3001
   E-Mail:    pdnelson@duanemorris.com
5             aajones@duanemorris.com

6  Attorneys for Plaintiff
   NINGBO YONGLIN LIGHT INDUSTRY CO., LTD.

7

8              **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11  NINGBO YONGLIN LIGHT INDUSTRY CO.,        Case No.: CV 09-1946 MMC
    LTD., a Chinese corporation,              ORDER APPROVING
12                                            **SUBSTITUTION OF ATTORNEY;**
                 Plaintiff,                   **STIPULATION** AND [PROPOSED]
13                                            ORDER **IN SUPPORT OF**
         v.                                   **SUBSTITUTION OF ATTORNEY**
14
    WHAM-O, INC., a California corporation; DOES 1-   Date:       July 29, 2009
15  10 (fictitious individuals), inclusive; DOES 11-20   Courtroom: 7
    (fictitious corporations), inclusive,             Floor:      19
16
                 Defendants.
17

18

19

20       WHEREAS, Plaintiff has authorized Duane Morris LLP to substitute as Plaintiff's counsel of

21  record in place of Kaufman, Dolowich, Voluck & Gonzo LLP and in place of Scarinci Hollenbeck in

22  the above-captioned action;

23       IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, that

24  Duane Morris shall substitute into this action as Plaintiff's counsel of record, in place of Kaufman,

25  Dolowich, Voluck & Gonzo and Scarinci Hollenbeck.  This substitution of counsel is not being done

26  for, nor will it result in any, delay, and will not prejudice any rights or scheduling in this action.

27  Paul D. Nelson and Allegra A. Jones of Duane Morris are duly admitted to practice in this District,

28  and are hereby authorized to receive service of all pleadings, notices, orders, and other papers on

DM1\1828703.3                          1
SUBSTITUTION OF ATTORNEY                          CASE NO.: CV 09-1946 MMC

behalf of Plaintiff, in place of Katherine S. Catlos and Wenlei H. Johnson of Kaufman, Dolowich, Voluck & Gonzo, and in place of Andrew L. Indeck of Scarinci Hollenbeck.

Dated: July 29, 2009

By: /s/ Michael Shen
Representative of Plaintiff
NINGBO YONGLIN LIGHT INDUSTRY CO., LTD.

Dated: July 29, 2009

By: /s/ Andrew L. Indeck
Andrew L. Indeck
SCARINCI HOLLENBECK

Dated: July 29, 2009

By: /s/ Katherine S. Catlos
Katherine S. Catlos
KAUFMAN DOLOWICH VOLUCK & GONZO LLP

Dated: July 29, 2009

By: /s/ Paul D. Nelson
Paul D. Nelson
Allegra A. Jones
DUANE MORRIS LLP
Proposed Attorneys for Plaintiff
NINGBO YONGLIN LIGHT INDUSTRY CO., LTD.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 30, 2009

United States District Court Judge

DM1\1828703.3
SUBSTITUTION OF ATTORNEY

CASE NO.: CV 09-1946 MMC