Paul D. Nelson (SBN 62258)
Allegra A. Jones (SBN 236518)
**DUANE MORRIS LLP**
One Market, Spear Tower, Suite 2000
San Francisco, CA 94105-1104
Telephone: 415.957.3000
Facsimile: 415.957.3001
E-Mail:  pdnelson@duanemorris.com
         aajones@duanemorris.com

Attorneys for Plaintiff
NINGBO YONGLIN LIGHT INDUSTRY CO., LTD.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NINGBO YONGLIN LIGHT INDUSTRY CO., LTD., a Chinese corporation,<br><br>            Plaintiff,<br><br>     v.<br><br>WHAM-O, INC., a California corporation; DOES 1-10 (fictitious individuals), inclusive; DOES 11-20 (fictitious corporations), inclusive,<br><br>            Defendants. | Case No.: CV 09-1946 MMC<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

Plaintiff Ningbo Yonglin Light Industry Co., Ltd. ("Plaintiff") and Defendant Wham-O, Inc. ("Defendant"), by their designated counsel, hereby stipulate to dismiss this matter without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(2), each party to bear its own costs and attorney's fees.

Respectfully submitted,

Dated: August 6, 2009          **DUANE MORRIS LLP**

By:  /s/  Allegra A. Jones
Paul D. Nelson
Allegra A. Jones
DUANE MORRIS LLP
Attorneys for Plaintiff
NINGBO YONGLIN LIGHT INDUSTRY CO., LTD.

Dated: August 3, 2009

By:  /s/  John A. Chatowski
Robert A. Weikert
John A. Chatowski
NIXON PEABODY LLP
Attorneys for Defendant
WHAM-O, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: August __7__, 2009

_____
United States District Court Judge